SAMUEL STOCK and SAM JAFFE, Respondents, v. LOUIS GOLDSTEIN, Appellant, and Others, Defendants.— Motion for stay of examination before trial denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ANTONIO TORANTO, THE FIRST NATIONAL BANK AND TRUST COMPANY OF TUCKAHOE and CONLIN COAL & BUILDING COMPANY, INC., Respondents, v. RALPH B. FERIOLA and MARGARET FERIOLA, Appellants.— Motion for stay granted to the extent that the order appealed from directs an inspection of alleged defective work and materials; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

FRANK E. WALKER, as Secretary and Director of AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

WHITING DEVELOPMENT CORPORATION, Appellant, v. EDNA O. SWART, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, as per stipulation filed; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ABRAHAM YATWITSKY, Respondent, v. BALKIND IMPERIAL CLOTHING SPECIALTY Co., INC., and JOSEPH L. BALKIND, Appellants.— Motion for stay of trial pending appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ABE ADLER, Doing Business under the Firm Name and Style of RIVAL IRON WORKS, Respondent, v. NELLIE VOIT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ALFRED D. ELSWORTH, Appellant, v. KATHRYN ELSWORTH, Respondent.— Order requiring plaintiff to pay defendant her disbursements for printing, etc., modified by providing that plaintiff pay to defendant, within ten days after entry of order hereon, the sum of $750 for the purposes of printing the record and briefs on appeal and such disbursements as are incidental to bringing on the appeal in the Court of Appeals; and as so modified order affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Rich, J., dissents.

INGEBORG FURRE, Respondent, v. BERGE B. FURRE, Appellant.— Order opening defendant's default, vacating order dated July 24, 1928, and awarding alimony and counsel fee, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ELMER GALLOWAY, Respondent, v. PERMANENT MORTGAGE CORPORATION, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.